UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
FRANK LOPA and
ROSEMARY LOPA,

        Plaintiffs,

                   11 CV 2973 (SJ) (VMS)

-against-

                   ORDER
FIREMAN'S FUND INSURANCE       OF DISMISSAL
COMPANY,
        Defendant.

-----------------------------------------------X
A P P E A R A N C E S

LAW OFFICES OF JERRY BROWN
201 West Lake Street, Suite 142
Chicago, IL 60606
By: Jerry Brown
*Attorney for Plaintiffs*

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
By: John P. Malloy
*Attorney for Defendant*

JOHNSON, Senior District Judge:

   Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Vera M. Scanlon. Judge Scanlon issued the Report on April 30, 2014, and provided the parties with the requisite amount of time to file objections. None of the parties filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 14 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Scanlon's recommendations were due on May 14, 2014. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Scanlon's Report in its entirety.

SO ORDERED.

Dated: May 16, 2014 _____/s/_____
      Brooklyn, NY                     Sterling Johnson, Jr., U.S.D.J.