UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
FRANK LOPA and
ROSEMARY LOPA,

                       Plaintiffs,

                                                                                              11 CV 2973 (SJ) (VMS)

   -against-

                                                                                           ORDER
FIREMAN'S FUND INSURANCE                  OF DISMISSAL
COMPANY,
                       Defendant.

-------------------------------------------------X
A P P E A R A N C E S

LAW OFFICES OF JERRY BROWN
201 West Lake Street, Suite 142
Chicago, IL 60606
By:   Jerry Brown
*Attorney for Plaintiffs*

ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
By:   John P. Malloy
*Attorney for Defendant*

JOHNSON, Senior District Judge:

      Plaintiffs Frank Lopa and Rosemary Lopa (collectively, "Plaintiffs" or "the Lopas") brought this action against Defendant Fireman's Fund Insurance Company ("Defendant" or "Fireman's") alleging breach of contract. On April 11, 2014, the Court ordered the Plaintiffs to show cause as to why the action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure

1

41(b).  Plaintiffs failed to appear at the Order to Show Cause Hearing on April 30, 2014.  For the reasons stated on the record:

    IT IS HEREBY ORDERED that pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the above referenced case is dismissed for lack of prosecution. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: May 16, 2014             _____/s/_____
        Brooklyn, NY              Sterling Johnson, Jr, U.S.D.J.